United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 29, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-41337

FRANKIE J. MONROE,

Plaintiff-Appellant,

versus

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
Case No. 2:05-cv-00412

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court has carefully reviewed this appeal in light of the briefs, oral arguments, and pertinent parts of the record. Having done so, we find no reversible error of law or fact and therefore <u>AFFIRM</u> for essentially the reasons stated by the trial court.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.